**FILED**
August 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **Jennifer Lynn Cain, *individually and as next friend of C.C., a minor,* and Danny Cain,** ***Plaintiffs*** | § § § | |
| **v.** | § § | **No. 1:25-cv-02053-ADA-SH** |
| **Hyatt Corporation d/b/a Hyatt Regency Resort Lost Pines Spa and Resort,** ***Defendant*** | § § § § | |

**ORDER**

Plaintiffs cited nonexistent case *Henry v. Kroger Co.*, No. 4:19-cv-00630, 2019 WL 6311295 (E.D. Tex. Nov. 25, 2019), in their Response to Defendant's Motion for Partial Dismissal. Dkt. 9 at 7.[1] Under Rule 11(b), an attorney certifies that legal citations in papers presented to the Court are correct "to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances." Plaintiffs' counsel are "duty-bound to check and certify that all factual contentions and statements of law are warranted and nonfrivolous." *Duncan v. Gridhawk, LLC*, No. MO:25-CV-00394-DC, 2025 WL 3515411, at *2 (W.D. Tex. Dec. 6, 2025).

The Court held a hearing on July 29, 2026, during which Plaintiffs' counsel Lino Ochoa represented that he did not prepare or review the response before it was filed. The Court **ORDERS** Plaintiffs' other attorney of record, Daniel Miguel Hernandez, to appear and show cause under Rule 11(c)(3) why the conduct described in this Order has not violated Rule 11(b) at **2 p.m. Wednesday, August 19, 2026** in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 W. 5th Street, Austin, Texas 78701.

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.

**SIGNED** on August 5, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE