**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**Jennifer Lynn Cain, *individually and as next friend of C.C., a minor*, and Danny Cain,**
***Plaintiffs***

**v.** **No. 1:25-cv-02053-ADA-SH**

**Hyatt Corporation d/b/a Hyatt Regency Resort Lost Pines Spa and Resort,**
***Defendant***

**ORDER**

Plaintiffs cited a nonexistent case in their Response to Defendant's Motion for Partial Dismissal.[1] Dkt. 9 at 7. The Court ordered Plaintiffs' counsel Daniel Miguel Hernandez to appear and show cause under Rule 11(c)(3) why this conduct did not violate Rule 11(b). Dkt. 25.

Mr. Hernandez filed a response to the Order on August 18, 2026 (Dkt. 26) and appeared for the hearing on August 19, 2026. He acknowledged and apologized for the mistake, submitted his law firm's citation verification policy, and described how he has strengthened that policy since the Court identified the error. Dkt. 26 at 3. The Court imposes no sanction, agreeing that no further action is needed "to deter repetition of the conduct or comparable conduct by others similarly situated" under Rule 11(c)(4), as this conduct "was not intentional or malicious, where it constituted a first offense, and where the attorney had already recognized and apologized for his actions." *Jenkins v. Methodist Hosps. of Dall., Inc.*, 478 F.3d 255, 265 (5th Cir. 2007).

**SIGNED** on August 19, 2026.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

[1] The District Court referred to this Magistrate Judge all non-dispositive pretrial matters for disposition and all case-dispositive motions for findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1), Federal Rule of Civil Procedure 72, Rule 1 of Appendix C of the Local Rules, and Judge Alan D Albright's Standing Order on referrals to United States Magistrate Judges. Dkt. 2.